Pg1

John Elbridge Murphy
Federal Court Judge, in Amorillo TX.

i am illeagaly incarcerated in T.D.C.J.
at Ellis I; Huntsvillke TX.; Walker County.
Walker County TX. is where i was
Wrongfuly accused, wrongfuly Arrested,
Wrongfuly Convicted, And Illeagaly
incarserated, By the evedince on my
Cause #'s 28982 and 28984, And
was Arrested October 18th 2022 2021
Move From 14th on the Dockitt, (Jeury)(Trial)
to #1 And this was the 28984
Protective order that Had Been
expired 17 month's in trial. Dec, 14th and
15th 2021, in Court Reporters Record,
And my Arrainment on Oct 19; 2021
15 month's expired at time of Arrest,
July 31st 2018 to July 31st 2020
And then 1½ Days into trial, Used
For Another Dirty Amendment to
inhence the F/3 to F/2; Tak'n Back
From Jurrois And Handed the F/2
too the Jurrois, - J.M.'s Court Reporter
Judge David Moorman; And 1st Day
Jurror Rode's that works At
Monterey Mushroom, Madisonville TX. ⇒

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 16 2023
CLERK, U.S. DISTRICT COURT
By _____
Deputy

2:23-CV-045-Z-BR

**[left margin, vertical:]** Also, Destoying People's mail, legal mail, Civil Rights Mail's Here in TDCJ And Ellis I

John E. Murphy 823780

John S. Murphy

3-7-23

After the First Day of trial
And ~~works~~ Works At the
Same Place, Maxeey Mushroom.
For Rodes 30 years, Ofelia Flores
Guitienez, 20 years. And in the
Ofelia Flores Guitienez, testimony
When asked too point out the
Direction of the Alleged crime
Ms. Guitienez Pointed in the
Wrong direction of the Alleged
crime, And this was shown
in durnig trial in Photos And
once again on DVD. Her
testifying too this ?
in Court transcripts The Photos
And testimony; All three
And in Durict Appeal was
Denied, And How one could not
See All these Court errors, I
Still cant figure out? Gina Beacides
Silva; And Hona Josa, And
Chief Justice Contreres; out of
the 13th Court of Criminal Appeals
Corpus Christi TX, That Being
Said; I Filed And An 1107 →

Also Walker County, Huntsville P.O., And
DPS Task Force, from Murder, Texas Ranger - Dirty Peoples
Mail ?

3

Records Have Been tampered
With; FBI Know's and Federal Witness Protectio

1107   Writ of Habeas Corpus; in
278th 12th District Court, WALKer county
TX, 11-16-22 was the time line, expi.
on the writ, And I was not there
At All to Ask the Judge is the
writ Ready your Honor.... Respectfuly
And the writ was Dismissed From
Said Court, and Passed on to
the Cr. Ct. App. Austin TX. where
Hon. Chief Justice SHaron Keller,
Received the writ on the Ded-line
11-16-22; And issued me a mandate
that States (Conviction Not Final)
John Eldridge Murphy, TR Ct. No. 28982-
A-1; and WR-94; 340-01.
From Chief Justice SHaron Keller;
(Conviction Not Final)....
And Have Been Rettaleated
on in WALKer County TX. By
All law inforcement Agencies on
the State lvd; And wrote
TDCJ up For Rettaleation;
Denied me Access too the Court's
Here At TDCJ Ellis I law library
A Pherries, Phillips, Cox, Jackson ⟶

John E. Murphy 02378401
John E. Murphy — 3-7-23

Pq 4

John E. Murphy

02378001

John E. Murphy

Also my Parent Both
Passed Away wile Here
At Ellis I, Walker County
Txo., Same County?
May 27th 2022 lost my
Mother; No Furlove, and
my Dad Past Away Nov, 2, 2022
Also Here At Ellis I, Not one
time was I asked too attend
there Funeral's, Not once;
And too top off this
Knightmare; Found out I
Have Stomach, Kidney, and
liver Canser, Have the (Labs)
to Prove TDCJ, UTMB, New
For A Holo year I Had this
And the, treatments I was
Getting For Hep C, wer
Acctualy Killing me, And
Awnemic, ontop of it,
Now they wont to try,
And Cover that up.? my
Question is I was Suppose too
Be out, Released, After Not
Being at the 1107 Hearing in Walker County

FRANK

John Eldridge Murphy B-2-1-20-B
02237800)
Ellis I-70.CS.
1697 Fm 980
Huntsville 9x 77343

United States Court
205 S.E. 5th Ave. Room 133
Amarillo, TX. 79101-1559

79101155S C002

( Federal Mail )

Privileged Inmate Mail
Not Inspected by Texas
Department of Criminal
Justice - Institutional
Division